Charles W. Jenkins (State Bar No. 134338)
cjenkins@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
444 South Flower Street, Suite 4100
Los Angeles, CA 90071
Tel.: (213) 622-7300
Fax: (213) 622-7313

Attorneys for Defendant, **G. DENVER AND CO., LLC (erroneously sued and served as "GARDNER DENVER, INC.")**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN READ and SANDRA READ<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, f/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.,<br><br>Defendants. | Case No. 3:25-cv-00123-VC<br><br>**NOTICE OF APPEARANCE BY CHARLES W. JENKINS, ESQ., ON BEHALF OF DEFENDANT, G. DENVER AND CO., LLC (ERRONEOUSLY SUED AND SERVED AS "GARDNER DENVER, INC.")** |

TO THE CLERK OF THE COURT, THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Charles W. Jenkins, Esq., MANNING GROSS + MASSENBURG LLP, 444 South Flower Street, Suite 4100, Los Angeles, CA 90071; Telephone: (213) 622-7300; Facsimile: (213) 622-7313; email address: cjenkins@mgmlaw.com; hereby enters his appearance as attorney of record for Defendant, G. DENVER AND CO., LLC (erroneously sued and served as

"GARDNER DENVER, INC."), in the above-captioned matter. Charles W. Jenkins requests that all future correspondence, pleadings and notices be sent to the above-referenced address and/or email address.

Dated:  February 6, 2025                    Respectfully submitted,

                                                  By: ___/s/ Charles W. Jenkins_____
                                                         Charles W. Jenkins
                                                         Attorneys for Defendant,
                                                         **G. DENVER AND CO., LLC (erroneously sued and served as "GARDNER DENVER, INC.")**

Manning Gross + Massenburg LLP

# CERTIFICATE OF SERVICE

*John D. Read, et al. vs. 3M Company, et al.*
U.S. Northern District Court Case No. Case No.: 3:25-cv-00123-VC

I, the undersigned, declare and state:

That I am employed in the County of Contra Costa, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 100 Pringle Ave., Suite 750, Walnut Creek, CA 94596.

On the dated executed below, I served the following document described as follows in the above-entitled matter, as indicated below:

**NOTICE OF APPEARANCE BY CHARLES W. JENKINS, ESQ., ON BEHALF OF DEFENDANT, G. DENVER AND CO., LLC (ERRONEOUSLY SUED AND SERVED AS "GARDNER DENVER, INC.")**

☒ **BY ELECTRONIC COURT FILING (ECF)**: I caused the above-entitled document(s) to be served electronically through the United States District Court, Central ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the filing receipt will be maintained with the original document in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 6, 2025, in San Leandro, California.

_____
Norma Villanueva